UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUL 28 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>J. SOCORRO AUDEL NAVA-RIVERA,<br><br>　　　　　　　　Defendant. | CASE NO. 11CR2631-H<br><br>JUDGMENT OF DISMISSAL |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

　　8 USC 1326(a) and (b) - Attempted Entry After Deportation

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 7/28/11

　　　　　　　　　　　　　　　　/s/ William McCurine, Jr.
　　　　　　　　　　　　　　　　WILLIAM McCURINE, JR.
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE